UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY W. PATTERSON, | ) | CASE NO. ED CV 10-1221-GW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| GARY SANDOR, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 13, 2012.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED10CV01221GW-J.wpd