UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY W. PATTERSON,                    )      CASE NO. ED CV 10-1221-GW (PJW)
                                         )
                  Petitioner,            )
                                         )      J U D G M E N T
            v.                           )
                                         )
GARY SANDOR, et al.,                     )
                                         )
                  Respondents.           )
_____ )

        Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

        DATED:    March 13, 2012.


                                          _____
                                          GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE


S:\GW\194 cases\ED10CV01221GW-J.wpd